UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| SHELBY HILLER, AS PERSONAL REPRESENTATIVE OF THE; AND TY HILLER, AS PERSONAL REPRESENTATIVE OF THE; | 4:24-CV-04089-ECS |
| Plaintiffs, | |
| vs. | JUDGMENT OF DISMISSAL |
| NATIONWIDE AGRIBUSINESS INSURANCE NAIC, | |
| Defendant. | |

On June 18, 2025, the parties filed a Joint Motion for Dismissal with prejudice, Doc. 18. Based on the parties' joint motion, it is hereby

ORDERED, ADJUDGED, AND DECREED that this case is dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 24 day of June, 2025.

BY THE COURT:

_____
ERIC C. SCHULTE
UNITED STATES DISTRICT JUDGE